## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

**JEFF SPOERLE, NICK LEE, KATHI**
**SMITH, JASON KNUDTSON, on behalf of**
**themselves and all others who consent to**
**become Plaintiffs and similarly situated**
**employees,**

    **Plaintiffs,**

                **Case No. 07-C-0300-C**

  **v.**

**KRAFT FOODS GLOBAL, INC.,**
**OSCAR MAYER FOODS DIVISION,**

    **Defendant.**

---

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF STATE LAW CLAIMS AND FOR CERTIFICATION OF FEDERAL CLAIMS AS COLLECTIVE ACTION

---

    Plaintiffs hereby move for class certification for its claims arising under

Wisconsin state law asserted in Counts III and IV of their Complaint, pursuant to Rule 23

of the Federal Rules of Civil Procedure, based upon the following:

    1.  Plaintiffs maintain the following class should be certified:

    All current and former hourly employees employed at Kraft Foods Global,
    Inc.'s Oscar Mayer Foods Division Madison, Wisconsin plant since May
    30, 2004 who were not paid regular or overtime pay for time spent
    donning and doffing personal protective equipment and walking to and
    from their work stations.

There are approximately 1,200 members of the proposed class.

    2. The proposed class definition meets the requirements of FRCP Rule 23 and

should be certified under Rule 23(b)(3).

3.  To the extent a motion for certification as a collective action is required under

§ 216(b) of the Fair Labor Standards Act for the allegations set forth in Counts I and II of

the Complaint, Plaintiffs so move.

WHEREFORE, for the reasons stated in the accompanying Brief in Support of

Class Certification, the proposed class should be certified.

Respectfully Submitted,

**LAWTON & CATES, S.C.**

By:    s/ Kurt C. Kobelt
      Kurt C. Kobelt
      SBN:  1019317
      *Attorneys for Plaintiffs'*
      10 East Doty Street, Ste 400
      P.O. Box 2965
      Madison, WI  53701-2695
      Telephone:    (608) 282-6200
      Facsimile:    (608) 282-6252
      Email:         kkobelt@lawtoncates.com

Dated:  February 8, 2008