IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFF SPOERLE, NICK LEE,
KATHI SMITH, JASON KNUDTSON,
on behalf of themselves and all others
who consent to become Plaintiffs and
similarly situated employees,

                 ORDER

      Plaintiffs,

                 07-cv-300-bbc

  v.

KRAFT FOODS GLOBAL, INC.,
Oscar Mayer Foods Division,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  In an order dated May 5, 2008, I granted plaintiffs' motion to certify this labor law case as a collective action under 29 U.S.C. § 216(b) with respect to plaintiff's claims under the Fair Labor Standards Act and as a class action under Fed. R. Civ. P. 23 with respect to plaintiff's claims under state law. I gave the parties until May 23 to provide the court with a joint proposed class notice or, if they could not agree, to present their disputes to the court.

  The parties have agreed to a class notice that is modeled after the one I approved in Musch v. Domtar Industries, Inc., No. 07-cv-524-jcs (W.D. Wis.). Upon review of the

1

notice, I conclude that it satisfies the requirements of the Fed. R. Civ. P. 23 and the Fair Labor Standards Act. I commend the parties on reaching this agreement in a case that has become increasingly contentious throughout its course.

ORDER

IT IS ORDERED that the parties' joint proposed class notice is APPROVED. Plaintiffs may send out the notices immediately.

Entered this 28th day of May, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge