UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFF SPOERLE, NICK LEE, KATHI SMITH, JASON KNUDTSON, on behalf of themselves and all others who consent to become Plaintiffs and similarly situated employees,

      Plaintiffs,

vs.

KRAFT FOODS GLOBAL, INC., OSCAR MAYER FOODS DIVISION,

      Defendant.

Case No. 07-C-0300-C

---

## WITHDRAWAL OF ORDER TO SHOW CAUSE

Upon due consideration, the Court hereby withdraws that portion of its July 10, 2008 Order where defense counsel was required to show cause why sanctions should not be issued against counsel for Defendant.

SO ORDERED this 24th day of July, 2008.

BY THE COURT

*Barbara B. Crabb*
Honorable Barbara Crabb

MADI_1580087.1