UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JEFF SPOERLE, NICK LEE, KATHI SMITH, JASON KNUDTSON, on behalf of themselves and all others who consent to become Plaintiffs and similarly situated employees,<br><br>        Plaintiffs,<br><br>  vs.<br><br>KRAFT FOODS GLOBAL, INC., OSCAR MAYER FOODS DIVISION,<br><br>        Defendant. | Case No. 07-C-0300-C |

## NOTICE OF APPEAL

Notice is given that Defendant Kraft Foods Global, Inc. hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on June 24, 2009. (Dkt. 290.)

Dated this 2nd day of July, 2009.

| | |
|---|---|
| <u>Mailing Address</u><br>Foley & Lardner LLP<br>150 East Gilman Street<br>Madison, Wisconsin 53703-1481<br>Post Office Box 1497<br>Madison, Wisconsin 53701-1497<br>Voice: 608.257.5035<br>Fax: 608.258.4258<br>Email: dkaplan@foley.com | FOLEY & LARDNER LLP<br><br><br><br>/s/ Daniel A. Kaplan<br>William M. Conley, WBN 1009504<br>Daniel A. Kaplan, WBN 1018122<br>Matthew R. Lynch, WBN 1066370<br><br>*Attorneys for Defendant, Kraft Foods Global, Inc., Oscar Mayer Foods Division* |