IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFF SPOERLE, NICK LEE,
KATHI SMITH, JASON KNUDTSON,
on behalf of themselves and all others
who consent to become Plaintiffs and
similarly situated employees,

                                        Plaintiffs,

     v.

KRAFT FOODS GLOBAL, INC.,
Oscar Mayer Foods Division,

                                        Defendant.

ORDER

07-cv-300-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The only issue remaining in this labor law class action is the appropriate fee award for class counsel.  Counsel for plaintiffs have submitted a petition in which they calculate their fees under the lodestar method to be $863.216.70 and their costs to be $128,870.21.  In addition, counsel ask for an enhancement of $300,000.

      Joseph Jerzewski, a member of the class and the president of United Food and Commercial Workers Local 538, has filed an objection to the requested enhancement on various grounds.  I will schedule a hearing to give Mr. Jerzewski and counsel an opportunity to be heard on this issue.

ORDER

IT IS ORDERED that

1. The clerk of court is directed to schedule a hearing on counsel for plaintiffs' fee petition on Wednesday, June 1, 2011 at 8:45 a.m. in Courtroom 260.

2. Counsel for plaintiffs is directed to forward this order to Joseph Jerzewski.

Entered this 18th day of May, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge